IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBY A. BOHNE,<br>　　　Plaintiff | : | CIVIL ACTION |
| v. | : | NO. |
| GC SERVICES, LP,<br>　　　Defendant | : | |

## NOTICE OF REMOVAL

Defendant GC SERVICES, LP ("defendant" or "GCS"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(b):

1.  GCS is a defendant in an action pending in the Commonwealth of Pennsylvania, County of Berks, Magisterial District Court No. MDJ-23-2-04, Docket No. MJ-023204-CV-0000113-2013 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2.  Plaintiff in the State Court Action is Debby A. Bohne ("plaintiff"). See Exhibit "A".

3.  Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

4.  The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.  Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., defendant GCS may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on defendant.

WHEREFORE, defendant GC Services, LP, prays that the State Court Action be removed from the Commonwealth of Pennsylvania, County of Berks, Magisterial District Court No. MDJ-23-2-04, Docket No. MJ-023204-CV-0000113-2013 to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By  _____
RICHARD J. PERR, ESQUIRE (PA 72883)
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
Attorneys for Defendant GC Services, LP

Dated:  _____May 23, 2013_____

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing by first class mail, postage prepaid, on the following:

>Tova Weiss, Esquire
>Blitshtein & Weiss, P.C.
>648 Second Street Pike
>Southampton, PA  18966
>(v) 215-364-4900; (f) 215-364-8050
>weiss@lawyersbw.com
>>Attorneys for Plaintiff

>The Honorable Nicholas M. Bentz, Jr.
>Magisterial District Judge
>Mag. Dist. No. MDJ-23-2-04
>1786 Welsh Road
>Mohnton, PA  19540
>(v) 610-777-3885

RICHARD J. PERR, ESQUIRE

Dated: _____May 23, 2013_____