IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBY A. BOHNE, <br> Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 5:13-cv-02871-LS |
| GC SERVICES, LP, <br> Defendant | : <br> : | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED AND AGREED, by and between counsel for plaintiff and counsel for defendant, with court approval, that this matter has been resolved amicably, and that this matter should, therefore, be dismissed with prejudice without costs to either party.

BLITSHTEIN & WEISS, P.C.

By _____
TOVA WEISS, ESQUIRE
648 Second Street Pike
Southampton, PA 18966
(v) 215-364-4900p (f) 215-364-8050
Weiss@lawyersbw.com
Attorneys for Plaintiff

Dated: 8/12/2013

FINEMAN KREKSTEIN & HARRIS, P.C.

By _____
RICHARD J. PERR, ESQUIRE
BNY Mellon Center, Suite 600
1735 Market Street
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorneys for Defendant

Dated: 08/15/13

BY THE COURT:

_____
J.

{00703553;v1}